

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CASE NO. 90-6158-CR-HURLEY

ARNULFO VAZQUEZ-GARCIA
    Defendant.
_____:

### ORDER SEALING DOCUMENTS

**THIS MATTER** came before the court at a Sentencing Hearing held on Friday, December 20, 1996. Counsel for all parties were present and the matter was court reported. For the reasons set forth in the record, it is,

**ORDERED** and **ADJUDGED** as follows:

The following documents, presented at the sentencing hearing, shall be **SEALED**:

    1. Court Reporter's Notes,

    2. This order sealing documents.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ____ day of December, 1996.

_____
Daniel T. K. Hurley
United States District Judge